DAVID B. NEWDORF, State Bar No. 172960
VICKI F. VAN FLEET, State Bar No. 164598
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104-4238
Telephone:    (415) 357-1234
Facsimile:    (866) 954-8448

Attorneys for Defendant
CITY OF RICHMOND

**FILED**

JUN 2 5 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAEIAN SAELEE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF RICHMOND, MICHAEL VALLERGA, and DOES 1 to 50,<br><br>　　　　　Defendants. | Case No. CV 10-2331 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CONVERSION CAUSE OF ACTION WITH PREJUDICE _AND WITHDRAWING MOTION TO DISMISS_<br><br>Judge    Hon. Phyllis J. Hamilton<br><br>Court:   Courtroom 3, 1301 Clay Street, Oakland |

　　　Plaintiff KAEIAN SAELEE and Defendant CITY OF RICHMOND, by and through their counsel of record, hereby stipulate and agree as follows:

　　　WHEREAS, Defendant CITY OF RICHMOND has brought a motion to dismiss Plaintiff's Sixth Cause of Action, for Conversion, to be heard before this Court on July 14, 2010;

　　　WHEREAS, Plaintiff KAIEAN SAELEE wishes to voluntarily dismiss with prejudice the Sixth Cause of Action, for Conversion; and

　　　WHEREAS, in light of Plaintiff's willingness to dismiss the cause of action, Defendant wishes to withdraw the motion to dismiss (and will notify the clerk to remove the hearing date from the calendar);

NOW THEREFORE, Plaintiff and Defendant, by and through their undersigned attorneys of record, hereby stipulate to, and request the Court to dismiss the Sixth Cause of Action, for Conversion, with prejudice.

IT IS SO STIPULATED.

Dated: June 24, 2010

            LAW OFFICES OF EDWARD C. CASEY

            By: /s/ Edward C. Casey
               EDWARD C. CASEY
               Attorneys for Plaintiff Kaeian Saelee

DATED: JUNE 24, 2010       NEWDORF LEGAL

            By: /s/ Vicki F. Van Fleet
               VICKI F. VAN FLEET
               Attorneys for Defendant City of Richmond

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that

Plaintiff's Sixth Cause of Action for Conversion is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____, 2010

                 Honorable Phyllis J. Hamilton
                 United States District Judge