1  EDWARD C. CASEY, JR., ESQ.   CSB:  123702
   Law Offices of Edward C. Casey, Jr.
2  300 Frank H. Ogawa Plaza, Suite 370
   Oakland, California 94612
3  Telephone: 510.251.2300

4  Attorneys for Plaintiff KAEIAN SAELEE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAEIAN SAELEE, | Case No.: C10 2331 PJH |
| Plaintiff, | STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT NAMING MITCHELL PEIXOTO AND ALEXANDER CAINE AS DEFENDANTS; ORDER THEREON |
| v. | |
| CITY OF RICHMOND, MICHAEL VALLERGA, and DOES 1 to 50, | |
| Defendants. | |

    1. Whereas this case was filed on May 6, 2010 in Contra Costa Superior Court and removed to this court on or about May 27, 2010;

    2. Whereas the complaint alleges the City of Richmond Police Department, Officer Michael Vallerga, and Does 1 to 50 falsely arrested and used excessive use of force when they took plaintiff to the ground and arrested him at a private residence in December 5, 2009;

    3. Whereas at the time of the incident plaintiff was aware of defendant Michael Vallerga's involvement in the arrest only because he was the officer that eventually issued a citatation to plaintiff;

    4. Whereas plaintiff first became aware of Sgt. Mitchell Peixoto and Officer Alexander

1

---

Stipulation to Allow Filing of Amended Complaint Naming
Mitchell Peixoto and Alexander Caine as Defendants; Order Thereon

1  Caine's involvement in the subject arrest at the time of defendant Vallerga's deposition on
2  November 17, 2010;
3    5. Whereas no prejudice is suffered by defendants or the new parties to this action by
4  amending the complaint to name Mitchell Peixoto and Alexander Caine as defendants at this
5  time;
6    Therefore the parties stipulate and agree that plaintiff be allowed to amend the
7  complaint to name Mitchell Peixoto and Alexander Caine as additional defendants in the
8  subject action.
9    IT IS SO STIPULATED:
10                                             LAW OFFICES OF EDWARD C. CASEY JR.
11
12  Dated: December 17, 2010              _____/S/_____
                                          By:  Edward C. Casey Jr.
13                                        Attorneys for Plaintiff Kaeian Saelee
14
                                          NEWDORF LEGAL
15
16
17  Dated: December 17, 2010              _____/S/_____
                                          By: David B. Newdorf, Esq.
                                          Attorneys for the defendants City of Richmond
18                                        and Michael Vallerga
19
20  //
21  //
22  //
23  //
24  //
    //
25
26                                             2
_____
27           Stipulation to Allow Filing of Amended Complaint Naming
             Mitchell Peixoto and Alexander Caine as Defendants; Order Thereon

## ORDER ON STIPULATION TO ALLOW FILING OF AMENDED COMPLAINT NAMING MITCHELL PEIXOTO AND ALEXANDER CAINE AS DEFENDANTS

This Stipulation of the parties having been read and considered and good cause appearing,

IT IS HEREBY ORDERED that plaintiff may amend the complaint to name Mitchell Peixoto and Alexander Caine as defendants in the subject action. The amended complaint is to be filed on or before January 5, 2011.

Dated: 12/28/10

_____
Honorable Phyllis J. Hamilton
Judge of the Unites States District Court



3

Stipulation to Allow Filing of Amended Complaint Naming
Mitchell Peixoto and Alexander Caine as Defendants; Order Thereon